# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PRISCILLA CASTANEDA,

    Plaintiff,

v.                                                                   No. 2:18-cv-00070-RB-KRS

ALICE BLACK,

    Defendant.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on March 26, 2018. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan as modified herein.

**IT IS, THEREFORE, ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of 25 interrogatories per party with responses due 30 days after service.

(b) Maximum of 15 requests for admission per party with responses due 30 days after service.

(c) Maximum of 25 requests for production per party with responses due 30 days after service.

(d) Maximum of ten (10) depositions per party not to exceed the durational limitation in Fed. R. Civ. P. 30.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to amend join other parties or amend pleadings pursuant to Federal Rule of Civil Procedure 15: **May 21, 2018**;

(b) Deadline for Defendants to amend join other parties or amend pleadings pursuant to Federal Rule of Civil Procedure 15: **June 20, 2018**;

(c) Plaintiff's expert-disclosure deadline: **July 3, 2018**;

(d) Defendant's expert-disclosure: **August 3, 2018**;

(e) Deadline for supplementing discovery/disclosures: **Thirty days before close of discovery**.

(f) Termination of discovery: **September 28, 2018**;

(g) Motions relating to discovery: **October 19, 2018**;

(h) All other motions, including dispositive and *Daubert* motions: **November 2, 2018**;

(i) Pretrial order: Plaintiff to Defendant by: **December 14, 2018**;

Defendant to Court by: **December 21, 2018**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery. Requests by a party to change the timing or scope of discovery must be made by motion and before the termination of discovery or the expiration of any applicable deadline. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date so that the response to that request shall be due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the 21-day time period under Local

Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE