# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PRISCILLA CASTANEDA,

    Plaintiff,

v.                                                                                  2:18-cv-00070-RB-KRS

Grant County Sheriff's Deputy
ALICE BLACK, in her individual capacity,

    Defendant.

## ORDER GRANTING STAY OF DISCOVERY AND CASE MANAGEMENT DEADLINES PENDING RESOLUTION OF QUALIFIED IMMUNITY DEFENSE

**THIS MATTER** comes before the Court on Defendant's unopposed motion to stay proceedings (Doc. 41). Since what the parties agree to is essentially a stay of discovery and case management deadlines, and defendants asserting qualified immunity are generally entitled to a stay of such proceedings as a matter of right, *Behrens v. Pelletier*, 516 U.S. 299, 308 (1996), the Court will grant the request.

**IT IS, THEREFORE, ORDERED** that discovery and deadlines contained in the Court's pretrial scheduling order (Doc. 14) are **STAYED** during the pendency of Defendant's motion for summary judgment on the basis of qualified immunity.

                                                THE HONORABLE KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE